|   |   |
|---|---|
| 1 | LAW OFFICES OF ZEV B. ZYSMAN |
|   | A Professional Corporation |
| 2 | Zev B. Zysman (176805) |
|   | zev@zysmanlawca.com |
| 3 | 15760 Ventura Blvd., Suite 1915 |
|   | Encino, CA 91436 |
| 4 | Telephone:  (818) 783-8836 |
|   | Facsimile:   (818) 783-9985 |
| 5 |   |
|   | DOSTART CLAPP & COVENEY, LLP |
| 6 | James F. Clapp (145814) |
|   | jclapp@sdlaw.com |
| 7 | James T. Hannink (131747) |
|   | jhannink@sdlaw.com |
| 8 | Zach P. Dostart (255071) |
|   | zdostart@sdlaw.com |
| 9 | 4370 La Jolla Village Drive, Suite 970 |
|   | San Diego, CA 92122-1253 |
| 10 | Telephone: (858) 623-4200 |
|   | Facsimile:  (858) 623-4299 |
| 11 |   |
| 12 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVEN ADES and HART WOOLERY, on Behalf of Themselves and All Others Similarly Situated, | Case No. 2:13-cv-02468 CAS MAN |
|---|---|
|   | **CLASS ACTION** |
|   | [Assigned to Hon. Christina A. Snyder] |
| Plaintiffs, | **JOINT STIPULATION RE RELIEF FROM LOCAL RULE 23-3** |
| vs. |   |
| OMNI HOTELS MANAGEMENT CORPORATION; and DOES 1 through 100, inclusive, | [PROPOSED] ORDER FILED CONCURRENTLY |
| Defendant. | Complaint Filed:  March 15, 2013 |
|   | Removal Filed:    April 8, 2013 |
|   | Trial Date:           None set |

JOINT STIPULATION TO WAIVE THE REQUIREMENTS OF LOCAL RULE 23-3

1   Plaintiffs Steven Ades and Hart Woolery ("Plaintiffs") and Defendant
2   Omni Hotels Management Corporation ("Defendant") (collectively, the
3   "Parties"), through their respective attorneys, hereby stipulate as follows:
4   **WHEREAS,** on March 15, 2013, Plaintiff Steven Ades, individually, and
5   on behalf of other members of the general public similarly situated, filed a
6   consumer class action lawsuit in the Superior Court of California, County of Los
7   Angeles against Defendant, and served the Summons, Complaint, and related
8   documents on Defendant on March 18, 2013;
9   **WHEREAS,** on or about April 8, 2013, Defendant removed this case to
10  the United States District Court for the Central District of California pursuant to
11  the Class Action Fairness Act, 28 U.S.C. § 1332(d);
12  **WHEREAS,** Defendant filed a Motion to Dismiss Plaintiff's Complaint,
13  or, In The Alternative, Strike Class Allegations, on April 15, 2013. On April 29,
14  2013, Plaintiff filed the First Amended Complaint, adding as a Plaintiff, Hart
15  Woolery. On April 30, 2013, the Court issued a Minute Order deeming
16  Defendant's Motion moot.
17  **WHEREAS,** Defendant filed a Motion to Dismiss Plaintiffs' First
18  Amended Complaint, or, In The Alternative, Strike Class Allegation on May 10,
19  2013, which Plaintiffs will oppose, and which is set for hearing on June 24,
20  2013;
21  **WHEREAS,** Central District of California Local Rule 23-3 ("LR 23-3")
22  provides that within 90 days after service of a pleading purporting to commence
23  a class action, Plaintiff is required to file a motion for class certification that the
24  action is maintainable as a class action, unless otherwise ordered by the Court
25  and, therefore, Plaintiffs' deadline to file their Motion for Class Certification is
26  June 16, 2013 under LR 23-3;
27
28

1     **WHEREAS,** the Court has not yet set a date for the Initial Scheduling
2 Conference in this matter;
3     **WHEREAS,** Fed. R. Civ. P. 26(d)(1) provides that no discovery may be
4 conducted until the parties have conducted an early meeting of counsel pursuant
5 to Fed. R. Civ. P. 26(f) and, accordingly, no discovery has commenced since the
6 removal of the action to this Court;
7     **WHEREAS,** Plaintiffs intend to serve after the Rule 26(f) meeting of
8 counsel formal written discovery, including special interrogatories, requests for
9 production of documents and requests for admissions and conduct certain
10 depositions after receiving and reviewing responsive documents;
11     **WHEREAS,** Plaintiffs believe that filing a class certification motion on
12 or before June 16, 2013 would not be "practicable" under the standard set by
13 Fed. R. Civ. P. 23(c)(1)(a), and should not be required here in light of, *inter alia,*
14 the need to conduct reasonable discovery prior to filing such a motion and other
15 timing constraints imposed by such federal rules as Rule 26(d) and Local
16 Rule 7-3;
17     **WHEREAS,** the Parties agree that the date for filing the Motion for Class
18 Certification be set at the Scheduling Conference; and
19     **WHEREAS,** Plaintiffs have not made any other requests for an extension
20 of time to file their Motion.
21 //
22 //
23 //

1  **IT IS HEREBY STIPULATED** between the Parties, by and through their
2  respective attorneys of record and/or representative(s), subject to an order of the
3  Court, that the date for filing the Motion for Class Certification be set at the
4  Scheduling Conference.
5  **IT IS SO STIPULATED.**

7  Dated: May 15, 2013                    Respectfully submitted,
8                                          DOSTART CLAPP & COVENEY, LLP

11                                         By: _____
                                            James F. Clapp
12                                          James T. Hannink
                                            Zach P. Dostart

14  Dated: May 15, 2013                    LAW OFFICES OF ZEV B. ZYSMAN
                                            A Professional Corporation

16                                         By: _____
17                                          Zev B. Zysman

18                                         Attorneys for Plaintiffs

20  Dated: May 15, 2013                    LINER GRODE STEIN
                                            YANKELEVITZ SUNSHINE
21                                          REGENSTREIF & TAYLOR LLP

22                                         By: _____
23                                          Angela C. Agrusa
                                            Randall J. Sunshine
24                                          David B. Farkas

25
                                            Attorneys for Defendant Omni Hotels
26                                          Management Corporation