# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: James T. Hannink | 2. PHONE NUMBER: 858-623-4200 | 3. DATE: June 25, 2013 |
| 4. FIRM NAME: Dostart Clapp & Coveney, LLP | 5. E-MAIL ADDRESS: jhannink@sdlaw.com | |
| 6. MAILING ADDRESS: 4370 La Jolla Village Drive, Ste. 970 | 7. CITY: San Diego | 8. STATE: CA  9. ZIP CODE: 92122 |
| 10. CASE NUMBER: 2:13-cv-02468-CAS-MAN | 11. CASE NAME: Ades v. OMNI Hotels | 12. JUDGE: Christina A. Snyder |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR: ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | |

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Jun 24, 2013 | Laura Elias | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Df's Motion to Dismiss |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☑ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month: June   Day: 24   Year: 2013
Transcript payment arrangements were made with:
NAME OF OFFICIAL: Laura Elias

17. DATE: June 25, 2013

18. SIGNATURE: /s/ James T. Hannink

Payment of estimated transcript fees were sent on the following date:
Month:   Day:   Year:

G-120 (09/12)

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 4370 La Jolla Village Drive, Suite 970, San Diego, CA 92122-1253.

On June 25, 2013, I served true copies of the following document(s) described as **TRANSCRIPT DESIGNATION AND ORDERING FORM** on the interested parties in this action as follows:

Zev B. Zysman
zev@zysmanlawca.com
LAW OFFICES OF ZEV B. ZYSMAN
A Professional Corporation
15760 Ventura Blvd., Ste. 1915
Encino, CA 91436
*Attorneys for Plaintiff*

Angela C Agrusa
aagrusa@linerlaw.com
David Brian Farkas
dfarkas@linerlaw.com
Randall J Sunshine
rsunshine@linerlaw.com
LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR
1100 Glendon Avenue 14th Floor
Los Angeles, CA 90024
*Attorneys for Defendant*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 25, 2013, at San Diego, California.

Teri L. Zaayer