# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**FOR COURT USE ONLY**
**DUE DATE:**

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| David B. Farkas, Esq. | (310) 500-3500 | June 27, 2013 |

| 4. FIRM NAME: | Liner Grode Stein, et al. | 5. E-MAIL ADDRESS: | dfarkas@linerlaw.com |
|---|---|---|---|

| 6. MAILING ADDRESS | 7. CITY | 8. STATE | 9. ZIP CODE |
|---|---|---|---|
| 1100 Glendon Avenue, 14th Floor | Los Angeles | CA | 90024-3503 |

| 10. CASE NUMBER | 11. CASE NAME | 12. JUDGE |
|---|---|---|
| 2:13-cv-02468-CAS-MAN | Steven Ades, et al. v. Omni Hotels Management Corporation, et a | Christina A. Snyder |

| 13. APPEAL CASE NUMBER | 14. ORDER FOR | ☐ APPEAL | ☑ NON-APPEAL | ☐ CRIMINAL JUSTICE ACT |
|---|---|---|---|---|
| | | ☐ IN FORMA PAUPERIS | ☐ AUSA | ☐ FPD | ☐ OTHER |

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| June 24, 2013 | Laura Elias | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Defendants' Motion to Dismiss |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☑ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:

17. DATE: June 27, 2013

20. Month:          Day:          Year:
Transcript payment arrangements were made with:

18. SIGNATURE: /s/

NAME OF OFFICIAL: Laura Elias
Payment of estimated transcript fees were sent on the following date:
Month: June    Day: 26    Year: 2013

G-120 (09/12)

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503. On June 27, 2013, I served the within document(s) described as:

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

on the interested parties in this action as stated below:

| | |
|---|---|
| Zev B. Zysman, Esq. (SBN: 176805)<br>Law Offices of Zev B. Zysman<br>15760 Ventura Boulevard, Suite 1915<br>Encino, California 91435<br>Telephone: (818) 783-8836<br>Facsimile: (818) 783-9985<br>Email: zev@zysmanlawca.com<br>***Attorneys for PlaintiffS*** | James F. Clapp, Esq. (SBN: 145814)<br>James T. Hannink, Esq. (SBN: 131747)<br>Zach P. Dostart, Esq. (SBN: 255071)<br>DOSTART CLAPP & COVENEY, LLP<br>4370 La Jolla Village Drive, Suite 970<br>San Diego, California 92122-1253<br>Telephone: (858) 623-4200<br>Facsimile: (858) 623-4299<br>***Attorneys for Plaintiffs*** |

[X]  (BY E-MAIL) By transmittal of the foregoing document to the e-mail addresses set forth above through the Court's CM/ECF filing system.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 27, 2013, at Los Angeles, California.

_____Elsa Critser_____            _____/s/ Elsa Critser_____
(Type or print name)                           (Signature)

---

2
PROOF OF SERVICE                    Case No. 2:13-cv-02468-CAS-MANx

37535.001-1019849