UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-2468 CAS (MANx) | Date | December 20, 2013 |
|---|---|---|---|
| Title | STEVEN ADES V. OMNI HOTELS MANAGEMENT CORP., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS:)** EX PARTE APPLICATION FOR A PROTECTIVE ORDER, SANCTIONS, AND OTHER RELIEF (Dkt. #28, filed December 18, 2013)

On December 18, 2013, defendant Omni Hotels Management Corporation ("Omni") filed an ex parte application seeking a protective order, sanctions, and other relief based on the assertion that plaintiff has sent a misleading letter and questionnaire to potential plaintiff class members. Dkt. #28 at 1-2. No good cause has been shown for bringing this application on an ex parte basis.

Accordingly, Omni's application is DENIED without prejudice to being renewed as a regularly noticed motion.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |