UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVEN ADES and HART WOOLERY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNI HOTELS MANAGEMENT CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-02468 CAS (MANx)<br><br>**ORDER MODIFYING SCHEDULING ORDER** |

Having read and considered the parties' Stipulation to Modify Scheduling Order, and finding good cause therefor,

IT IS HEREBY ORDERED that the dates previously set by the Court in the Order Modifying Scheduling Order (Dkt. 61) are modified as follows:

| | |
|---|---|
| Fact Discovery Cutoff: | April 24, 2015 |
| Last Day to File Motions: | April 24, 2015 |
| Exchange of Expert Reports Cut-off: | May 29, 2015 |
| Exchange of Rebuttal Reports Cut-off: | June 26, 2015 |
| Expert Discovery Cut-off: | July 24, 2015 |
| Pre-trial Conference/Hearing on Motions in Limine: | August 8, 2015 at 11:00 A.M. |
| Jury Trial: | September 8, 2015 at 9:30 A.M. |

IT IS SO ORDERED.

Dated: ___November 21, 2014___

Hon. Christina A. Snyder
United States District Judge

674962.1