1 DOSTART CLAPP HANNINK & COVENEY, LLP
JAMES F. CLAPP (145814)
2 jclapp@sdlaw.com
JAMES T. HANNINK (131747)
3 jhannink@sdlaw.com
ZACH P. DOSTART (255071)
4 zdostart@sdlaw.com
4370 La Jolla Village Drive, Suite 970
5 San Diego, California 92122-1253
Tel:   858-623-4200
6 Fax:   858-623-4299

7 LAW OFFICES OF ZEV B. ZYSMAN
A Professional Corporation
8 ZEV B. ZYSMAN (176805)
zev@zysmanlawca.com
9 15760 Ventura Boulevard
16th Floor
10 Encino, California 91436
Tel:   818-783-8836
11 Fax:   818-783-9985

12 Attorneys for Plaintiffs

13

14                    UNITED STATES DISTRICT COURT

15        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

16

17 STEVEN ADES and HART                CASE NO. 2:13-cv-02468 CAS (MANx)
WOOLERY, on behalf of themselves
18 and all others similarly situated,  **NOTICE OF MOTION AND**
                                       **MOTION TO MODIFY**
19              Plaintiffs,            **SCHEDULING ORDER**

20 vs.                                 Date:   April 6, 2015
                                       Time:   10:00 a.m.
21 OMNI    HOTELS    MANAGEMENT        Ctrm.:  5
CORPORATION and DOES 1 through         Judge:  Christina A. Snyder
22 100, inclusive,

23              Defendants.

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO MODIFY SCHEDULING ORDER

1    PLEASE TAKE NOTICE that on April 6, 2015, at 10:00 a.m., or as soon

2  thereafter as the matter can be heard in Courtroom 5 of the United States District

3  Court for the Central District of California, located at 312 North Spring Street, Los

4  Angeles, CA 90012-4701, Plaintiff Steven Ades will and hereby does move for an

5  order modifying the Scheduling Order in this action.

6    This motion is made pursuant to Rule 16(b)(4) of the Federal Rules of Civil

7  Procedure and is made upon the ground that there is good cause to modify the

8  Scheduling Order because the current discovery and related case deadlines cannot

9  reasonably be met despite plaintiffs' diligence, and refusal to allow modification

10  would result in prejudice to plaintiffs, whereas allowing modification will not cause

11  any prejudice to defendant.

12    This Motion is based on this Notice of Motion and the accompanying

13  Memorandum of Points and Authorities, the Declaration of James T. Hannink filed

14  herewith, the pleadings and papers on file in this action, and upon any other oral or

15  documentary evidence as the Court may consider at the time of the hearing.

16    This motion is made following the conference of counsel pursuant to L.R. 7-3

17  which took place on February 23, 2015.

18

19  Dated: March 9, 2015                    DOSTART CLAPP HANNINK &
                                            COVENEY, LLP
20

21

22                                          s/ James T. Hannink
                                            JAMES T. HANNINK
23  695690.1                                Attorneys for Plaintiffs

24

25

26

27

28

2
NOTICE OF MOTION AND MOTION TO MODIFY SCHEDULING ORDER