UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ADES and HART WOOLERY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNI HOTELS MANAGEMENT CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-02468 CAS (AGRx)<br><br>**ORDER VACATING PENDING MOTION AND SCHEDULING DEADLINES** |

| | |
|---|---|
| 1 | Having read and considered the parties' Stipulation to Vacate Pending Motion and Scheduling Deadlines, and finding good cause therefor, |
| 2 | |
| 3 | IT IS HEREBY ORDERED that, pending the Court's evaluation and orders concerning preliminary and/or final approval of the settlement, the hearing date and briefing deadlines for the Motion to Approve Subscriber Notice and Subsequent Procedure for Rule 23 Notice (Dkt. 166), and all scheduling deadlines reflected in the current Scheduling Order (Dkt. 151), are hereby vacated. |

IT IS SO ORDERED.

Dated: April 29, 2016

*/s/ Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge

765618.1