JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4180 La Jolla Village Drive, Suite 530
La Jolla, California 92037-1474
Tel:   858-623-4200
Fax:   858-623-4299

ZEV B. ZYSMAN (176805)
zev@zysmanlawca.com
LAW OFFICES OF ZEV B. ZYSMAN
A Professional Corporation
15760 Ventura Boulevard, 16th Floor
Encino, California 91436
Tel:   818-783-8836
Fax:   818-783-9985

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVEN ADES and HART WOOLERY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNI HOTELS MANAGEMENT CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-02468 CAS (AGRx)<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   February 13, 2017<br>Time:   10:00 a.m.<br>Ctrm:   8D<br>Judge:  Hon. Christina A. Snyder |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 13, 2017 at 10:00 a.m. in Courtroom 8D of the above-captioned Court, located at 350 W. First Street, 8th Floor, Los Angeles, California, the Honorable Christina A. Snyder presiding, Plaintiff Steven Ades will and hereby does move the Court for an order granting final approval for the class action settlement agreement entered into between Plaintiff and Defendant Omni Hotels Management Corporation.

This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and is made on the ground that the settlement agreement merits final approval in view of the extent of discovery conducted in this action, the arm's-length nature of the settlement negotiations, the representation of the class by experienced counsel, the terms of the settlement, the reaction of class members, and other factors relevant to court approval of class action settlement agreements.

This motion is based on this Notice, the Memorandum of Points and Authorities filed herewith, the Declaration of James T. Hannink filed herewith, the Declaration of Zev B. Zysman filed herewith, the court record in this action, and any argument or evidence as the Court may consider at the hearing of this motion.

Dated: January 12, 2017　　　　　DOSTART HANNINK & COVENEY LLP


　　　　　　　　　　　　　　　　/s/ James T. Hannink
　　　　　　　　　　　　　　　　JAMES T. HANNINK
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

792684.1