UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVEN ADES and HART WOOLERY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNI HOTELS MANAGEMENT CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-02468 CAS (AGRx)<br><br>**[PROPOSED] JUDGMENT** |

WHEREAS, on _____, 2017, the Court entered its Order Granting (1) Motion for Final Approval of Class Action Settlement and (2) Motion for Reimbursement of Taxable Costs and Service Payment for Plaintiff Steven Ades; and

WHEREAS, the parties have performed their obligations to date under the Settlement Agreement in this Action;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All terms defined in the Settlement Agreement between the parties are hereby adopted for purposes of this Judgment as if fully set forth and defined herein.

1        2.      The Certified Class is defined as follows: "All individuals who, between November 23, 2012 and March 22, 2013, while residing and physically located in California, participated in a telephone call with a live representative of Omni that: (1) was placed to one of the following Omni numbers: (888) 444-6664, (800) 843-6664, (877) 440-6664, (800) 788-6664, or (800) 809-6664; (2) was made from a telephone number that includes a California area code (i.e., 209, 213, 310, 323, 408, 415, 424, 442, 510, 530, 559, 562, 619, 626, 650, 657, 661, 669, 707, 714, 747, 760, 805, 818, 831, 858, 909, 916, 925, 949, or 951); (3) was transmitted via cellular telephone on the network of AT&T, Verizon Wireless, or Sprint; (4) based on Omni's business records, resulted in a reservation and/or was made from a telephone number that appears in Omni's records as the 'guest phone' number associated with a reservation; and (5) for which an audio recording made by Omni is presently in existence."  The term "Certified Class Member" means any member of the Certified Class.

3.      Regardless of whether they have submitted Claim Forms to participate in the distribution of the Settlement Consideration, the Certified Class Members (but not including the Excluded Class Member, Karen Brandon) on behalf of themselves, and each of their respective heirs, representatives, successors, assigns, trusts, executors, estates, and attorneys, have released and discharged Omni, and each of Omni's past and present officers, directors, employees, shareholders, members, partners, agents, representatives, predecessors, successors, parents, subsidiaries, affiliates, assigns, insurance companies, and attorneys, from any and all claims arising during the Class Period from the facts, call recordings, disputes, and/or damages, alleged in the Lawsuit, or which could have been alleged based on the facts pled in the Lawsuit, including all claims for violation of California Penal Code sections 632, 632.7, and 637.2.

4.      The Parties are ORDERED to carry out the Settlement Agreement in the manner provided therein.

|   |   |
|---|---|
| 1 | 5. This Action is terminated with prejudice, provided, however, that the |
| 2 | Court retains continuing jurisdiction over the Parties and the Certified Class |
| 3 | Members to effectuate and ensure compliance with the Settlement Agreement. |
| 4 | IT IS SO ORDERED. |
| 5 | DATED: _____ |

                                    _____
Christina A. Snyder
United States District Judge

792874.1