# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ADES and HART WOOLERY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNI HOTELS MANAGEMENT CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:13-cv-02468-CAS-AGRx<br><br>Honorable Christina A. Snyder<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE REQUEST FOR DEFENDANTS' TELEPHONIC APPEARANCE IN LIEU OF PERSONAL APPEARANCE AT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  February 13, 2017<br>Time:  10:00 a.m.<br>Crtrm.:  8D |

Based upon the Stipulation of the Parties, and good cause appearing therefore, it is hereby ORDERED that co-counsel Robert M. Hoffman of Andrew Kurth LLP for Defendant Omni Hotels Management Corporation ("Omni") is permitted to appear telephonically at the Motion for Final Approval of Class Action Settlement scheduled on February 13, 2017 at 10:00 a.m.  Mr. Hoffman shall contact the Courtroom Deputy Clerk with a direct-dial number to contact him at for the hearing, forthwith.  The Courtroom Deputy Clerk will contact Mr. Hoffman at the number provided, when the matter is called on this Court's 10:00 A.M. calendar.  Mr.

1  Hoffman shall make himself available five (5) minutes prior to the scheduled
2  hearing, until released.
3      **Pursuant to Stipulation, IT IS SO ORDERED.**
4
5  DATED:  February 9, 2017
6
7  _____
8  Hon. Christina A. Snyder

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024.3518.

On February 7, 2017, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE REQUEST FOR DEFENDANTS' TELEPHONIC APPEARANCE IN LIEU OF PERSONAL APPEARANCE AT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** on the interested parties in this action as follows:

*Attorneys for Plaintiffs*
Zev B. Zysman, Esq. (SBN: 176805)
Law Offices of Zev B. Zysman, APC
15760 Ventura Boulevard, 16th Floor
Encino, California 91436
Telephone: (818) 783-8836
Facsimile: (818) 783-9985
Email: zev@zysmanlawca.com

*Attorneys for Plaintiffs*
James T. Hannink
Dostart Hannink & Coveney LLP
4180 La Jolla Village Dr., Suite 530
La Jolla, CA 92037-1474
Telephone: (858) 623-4200
Facsimile: (858) 623-4299
Email: jhannink@sdlaw.com
Email: zdostart@sdlaw.com

Robert M. Hoffman, Esq.
ANDREWS KURTH LLP *(pro hac vice)*
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4653
Facsimile: (214) 915-1483
Email: RobHoffman@andrewskurth.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 7, 2017, at Los Angeles, California.

Elsa Critser

37535.001-3893220v1

Case No. 2:13-cv-02468-CAS-AGRx

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE REQUEST FOR DEFENDANTS' TELEPHONIC APPEARANCE