UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVEN ADES and HART WOOLERY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNI HOTELS MANAGEMENT CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-02468 CAS (AGRx)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND GRANTING MOTION FOR REIMBURSEMENT OF TAXABLE COSTS AND SERVICE PAYMENT FOR PLAINTIFF STEVEN ADES** |

Pending before the Court is the Motion for Final Approval of Class Action Settlement ("Approval Motion") relating to the settlement between plaintiff Steven Ades ("Plaintiff" or "Ades") and defendant Omni Hotels Management Corporation ("Defendant" or "Omni"), and Plaintiff's Motion for Award of Reimbursement of Taxable Costs and Service Payment ("Reimbursement Motion"). Having read and considered the moving papers, and finding good cause, the Court finds and orders as follows:

1. The Certified Class is defined as follows: "All individuals who, between November 23, 2012 and March 22, 2013, while residing and physically located in California, participated in a telephone call with a live representative of

1. Omni that: (1) was placed to one of the following Omni numbers: (888) 444-6664, (800) 843-6664, (877) 440-6664, (800) 788-6664, or (800) 809-6664; (2) was made from a telephone number that includes a California area code (i.e., 209, 213, 310, 323, 408, 415, 424, 442, 510, 530, 559, 562, 619, 626, 650, 657, 661, 669, 707, 714, 747, 760, 805, 818, 831, 858, 909, 916, 925, 949, or 951); (3) was transmitted via cellular telephone on the network of AT&T, Verizon Wireless, or Sprint; (4) based on Omni's business records, resulted in a reservation and/or was made from a telephone number that appears in Omni's records as the 'guest phone' number associated with a reservation; and (5) for which an audio recording made by Omni is presently in existence." The term "Certified Class Member" means any member of the Certified Class.

2. The Court finds that the Notice of Class Action Settlement was mailed to potential Certified Class Members in accordance with the Order Granting Motion for Preliminary Approval, and that such mailing meets the requirements of Fed. R. Civ. P. 23 and due process and constitutes the best practicable notice under the circumstances.

3. The Court finds that the requirements of 28 U.S.C. § 1715 have been satisfied.

4. Based upon the Court's review of the Settlement Agreement, the Approval Motion and supporting declarations, and the entire record, the Motion for Final Approval of Class Action Settlement is GRANTED. The Court finds that the Settlement is fair, adequate, and reasonable as to all Certified Class Members when balanced against the cost and uncertainty associated with further litigation of liability and damages issues. The Court further finds that settlement of the Action avoids substantial additional costs by all parties, as well as the delay and risks that would have been presented by the further prosecution of the Action, and that the Settlement was reached as a result of non-collusive, arm's-length negotiations. No objections have been filed, and only one potential Certified Class Member, Karen

Brandon, requested to be excluded from the Settlement. The Qualified Class Members are the 58 claimants who returned validated Claim Forms to Class Counsel.

5. Based upon the Court's review of the Settlement, the Reimbursement Motion and supporting declarations, and the entire record, the Reimbursement Motion is GRANTED. The Court finds that a service payment to Plaintiff Steven Ades is warranted in light of the financial risk that Ades undertook, the time he devoted to the litigation, and the benefit conferred on the Class. From the aggregate sum of Twenty-Seven Thousand Dollars ($27,000) that Omni agreed to pay in connection with the Settlement, the Court awards a service payment to Steven Ades in the sum of Two Thousand Five Hundred Dollars ($2,500); the entire remainder ($24,500) is awarded to Class Counsel as reimbursement of costs.

6. The parties are ordered to carry out the terms of the Settlement.

7. The Court retains jurisdiction to consider all further matters arising out of or connected with the Settlement.

IT IS SO ORDERED.

DATED: February 13, 2017

_____
Christina A. Snyder
United States District Judge

792894.1